**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GIBSON ET AL,** | |
| **Plaintiff,** | |
| **-against-** | **25-cv-9515 (ALC)** |
| **CITY OF NEW YORK ET AL** | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' answer was due January 12, 2026. Defendants have until April 10, 2026 to

answer otherwise they risk default judgment being entered in favor of Plaintiff.

**SO ORDERED.**

**Dated:**   April 3, 2026

   **New York, New York**                                    **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**